**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Venessa Vaughan, | No. CV-24-00830-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Before the Court is the parties' Stipulated Motion for Remand (Doc. 11). According to the parties' stipulation, this action is remanded under section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Acting Commissioner of Social Security ("Commissioner") will remand the case to an administrative law judge ("ALJ") for further administrative proceedings. The ALJ will offer Plaintiff an opportunity for a new hearing, further develop the record as necessary, and issue a new decision.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand (Doc. 11) is **GRANTED**. The matter is remanded to the Social Security Administration.

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against the Commissioner, reversing the final decision of the Commissioner.

Dated this 14th day of June, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge